UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH LOPRESTI,<br><br>    Plaintiff,<br><br>  v.<br><br>SUNRUN INC.,<br><br>    Defendant. | Case No.  25-cv-00517-HSG<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

   Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Judge Jon S. Tigar for consideration of whether the case is related to *Strickland v. Sunrun, Inc.*, 23-cv-05034-JST.

   **IT IS SO ORDERED.**

Dated: 2/28/2025

                 _____
                 HAYWOOD S. GILLIAM, JR.
                 United States District Judge

United States District Court
Northern District of California