**KELLEY DRYE & WARREN LLP**
  Glenn T. Graham (State Bar No. 338995)
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
ggraham@kelleydrye.com

*Attorneys for Defendant Sunrun Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH LOPRESTI, individually and on behalf of all others similarly situated, | Case No. 4:25-cv-00517-JST |
| | (Assigned to Hon. Jon. S. Tigar) |
| Plaintiffs, | [~~PROPOSED~~] JUDGMENT |
| v. | |
| SUNRUN INC. | |
| Defendant. | |

Judgment is hereby entered in favor of Plaintiff Sarah LoPresti, in her individual capacity, and against Sunrun Inc. for the total sum of $4,000, pursuant to the terms of the Offer of Judgment attached hereto as Exhibit A.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 18, 2025

_____
JON S. TIGAR
United States District Judge

# Exhibit A

| | |
|---|---|
| **KELLEY DRYE & WARREN LLP**<br>  Glenn T. Graham (State Bar No. 338995)<br>7 Giralda Farms, Suite 340<br>Madison, New Jersey 07940<br>Telephone: (973) 503-5900<br>Facsimile: (973) 503-5950<br>ggraham@kelleydrye.com | |

*Attorneys for Defendant Sunrun Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH LOPRESTI, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>SUNRUN INC.<br><br>                    Defendant. | Case No. 4:25-cv-00517-JST<br><br>(Assigned to Hon. Jon. S. Tigar)<br><br>**DEFENDANT SUNRUN INC.'S OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**<br><br>Action Filed: Jan. 15, 2025 |

　　　　Pursuant to Federal Rule of Civil Procedure 68 ("Rule 68"), Defendant Sunrun Inc. ("Sunrun") offers to allow entry of final judgment in this action as follows: judgment in favor of Plaintiff Sarah LoPresti ("Plaintiff"), in her individual capacity, and against Sunrun for the total sum of $4,000, which shall include all costs and attorneys' fees otherwise recoverable in this action.

　　　　Pursuant to Rule 68(d), if plaintiff does not accept this offer of judgment ("Offer"), and the final judgment in this action is not more favorable to Plaintiff than the terms of this Offer, Plaintiff must pay the costs incurred by Sunrun in this action after the date that this Offer was made.

　　　　This Offer shall not be filed with the Court unless Plaintiff accepts it within 14 days of service. If Plaintiff does not accept the Offer within 14 days after service, this Offer is deemed withdrawn.

　　　　Sunrun makes no admission of liability or admission that a class action properly could be certified in this action by way of this Offer.

If it is accepted, but not later approved by the Court, this Offer will impose no obligation on any party, and evidence of the Offer may not be given at trial or used for any purposes in this action.

Dated: September 11, 2025

/s/ Glenn T. Graham
Glenn T. Graham (State Bar No. 338995)
**KELLEY DRYE & WARREN LLP**
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
ggraham@kelleydrye.com

*Attorneys for Defendant Sunrun Inc.*